UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

Richard Tappen,

Plaintiff,

vs.

Duluth, Missabe and Iron Range Railway Company, a corporation, and subsidiary of Transtar Company, Inc., a corporation,

Defendant.

Civil Action No. 01-CV-2096 (MJD/RLE)

**ORDER FOR DISMISSAL**

---

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any parties to this agreement and judgment may be entered accordingly.

Entered this 5th day of September, 2003

Raymond L. Erickson
Magistrate Raymond L. Erickson

... 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
JLB

(10)

136543-1