SEP 0 2 2003

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Richard Tappen,

Plaintiff,

vs. ORDER OF DISMISSAL

Duluth, Missabe & Iron Range
Railway Company,

Defendant. Civ. No. 01-2096(MJD/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court

DATED: ~~August~~ Sept 4, 2003
At Minneapolis, Minnesota

FILED SEP 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________